UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MICHAEL CADARETTE,

    Petitioner,

v.                                                  Case No. 1:11-cv-741

CINDI CURTIN,                     HONORABLE PAUL L. MALONEY

    Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation (ECF No. 43) filed by United States Magistrate Judge Phillip J. Green in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

    ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

    **THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

    **This action is terminated.**

Date:  May 27, 2016                                 /s/ Paul L. Maloney          
                                                          Paul L. Maloney
                                                          United States District Judge